In the Matter of the Claim of SANFORD CHURCH, Respondent, against HARRIET MITTELSTAEDT et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.

Argued February 24, 1939; decided April 4, 1939.

*Joseph A. Fagnant* for appellants.

*John J. Bennett, Jr.,* Attorney-General (*Leon Freedman* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.